1
2
3
4
5
6
7
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12                                        )
    UNITED STATES OF AMERICA,              )
13                                        )    No. C06-7734 BZ
              Plaintiff,                   )
14                                        )
         v.                                )    **ORDER DESIGNATING CASE FOR**
15                                        )    **ELECTRONIC CASE FILING**
                                           )
16  GLENDA F. CHAMBLISS,                   )
                                           )
17            Defendant.                   )
                                           )
18

19       In view of the fact that both parties to this action are

20  represented by counsel, and in keeping with General Order No.

21  45, Part III, and the May 11, 2007 Order of the Chief Judge,

22  In Re: Electronic Filing in Cases With Unrepresented Parties,

23  I **HEREBY DESIGNATE** USA v. Chambliss, C06-7734 BZ, as an

24  e-filing case.  Information regarding the Electronic Case

25  Filing Program may be obtained at http://ecf.cand.uscourts.

26  gov.  All documents not previously e-filed in this matter must

27  ///

28  ///

                                   1

1 | be e-filed no later than June 29, 2007.
2 | Dated: June 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CHAMBLISS\ORD.DESIGN.CASE.EFILE.wpd