UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff(s),<br>     v.<br>GLENDA F. CHAMBLISS,<br>          Defendant(s). | No. C06-7734 BZ<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

     At the request of the parties, **IT IS HEREBY ORDERED** that this case is referred for settlement conference to be conducted as soon as convenient for the assigned Magistrate Judge.

Dated: September 26, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\USA V. CHAMBLISS\SETTLEMENT REFERRAL.ORDER.wpd

1