MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501

Telephone: (510) 523-4702

Attorney for the Plaintiff,
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C06-7734 M BZ |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GLENDA F. CHAMBLISS, | |
| Defendant. | |

    Pursuant to the settlement agreement placed on the record by the above entitled parties at the settlement conference before Chief Magistrate Judge James Larson on January 30, 2008, judgment in favor of the United States of America in the amount of $45,000.00 against Glenda F. Chambliss be and hereby is entered.

    However, in the event that Glenda F. Chambliss pays to the United States of America $20,000.00 by no later than the end of the business day February 29, 2008, and in the further event that Glenda F. Chambliss pays to the United States of America $5,000.00 by no later than the end of the business day March 31, 2008, and in the further event that Glenda F. Chambliss pays to the United States of America $10,000.00 by no later than the end of the business day April 29, 2008, the herein judgment shall be satisfied.

In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case. It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

Dated: March 24, 2008

_____
United States Magistrate Judge Bernard Zimmerman

Approved as to form and content:

Dated: March 13, 2008

_____
Charles L. Katz
Attorney for defendant, Glenda F. Chambliss



IT IS SO ORDERED
Judge Bernard Zimmerman

2